# United States District Court

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Joseph Lozano | CASE NUMBER: 08-mj-00240-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

Dated: 5 June 2009

/s/ Dennis L. Beck
U.S. Magistrate Judge